IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:23CR235 |
| vs. | ) | |
| KASEY O'BOYLE, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Unopposed Restricted Motion to Continue Trial [19]. For reasons set forth in the motion, the undersigned magistrate judge finds good cause for the requested trial continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Restricted Motion to Continue Trial [19] is granted, as follows:

1. The jury trial now set for March 4, 2024, is continued to **April 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 22, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, or result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B)(i), (iv).

**DATED:** February 23, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**