IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:23CR235** |
| v. | |
| KASEY O'BOYLE, | **ORDER** |
| Defendant. | |

This matter is before the Court on defendant Casey O'Boyle's ("O'Boyle") Motion to Continue Self-Surrender Date (Filing No. 57).  The government does not object to the extension.  After considering the matter, the Court will grant the motion.

IT IS ORDERED that O'Boyle's motion is granted, and the self-surrender date is extended to **Wednesday, November 6, 2024**.  O'Boyle shall surrender for service of sentence at the institution designed by the Bureau of Prisons.

The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 19th day of September 2024.

BY THE COURT:


Robert F. Rossiter, Jr.
Chief United States District Judge